THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOEING COMPANY,<br><br>             Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | No. 2:18-cv-00567 JCC<br><br>NOTICE OF WITHDRAWAL OF PENDING JOINT MOTION TO ENTER PROPOSED CONSENT DECREE |

Pursuant to LCR 7(l), plaintiff, The Boeing Company, and defendant, the United States of America, (collectively, "the Parties") hereby jointly withdraw their pending Joint Motion to Enter Proposed Consent Decree ('Decree") in order to consider clarifying certain provisions of the Decree.

//
//
//
//
//
//

NOTICE OF WITHDRAWAL OF JOINT
MOTION TO ENTER PROPOSED
CONSENT DECREE
(No. 2:18-cv-00567 JCC) –1

139594852.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Date:  April 26, 2018

By: *s/Amanda Shafer Berman*
JEFFREY H. WOOD
Acting Assistant Attorney General
Environment and Natural Resources Division

AMANDA SHAFER BERMAN
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-1950
amanda.berman@usdoj.gov

Attorneys for Defendant
United States of America

By: *s/ Mark W. Schneider*
Mark W. Schneider #14105
Meredith R. Weinberg #45713
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:    MWSchneider@perkinscoie.com
              MWeinberg@perkinscoie.com

Attorneys for Plaintiff
The Boeing Company

NOTICE OF WITHDRAWAL OF JOINT
MOTION TO ENTER PROPOSED
CONSENT DECREE
(No. 2:18-cv-00567 JCC) –2

139594852.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

## CERTIFICATE OF SERVICE

I certify that on April 26, 2018, the foregoing Notice of Withdrawal of Joint Motion to Enter Proposed Consent Decree was served electronically on:

Amanda Shafer Berman
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-1950
amanda.berman@usdoj.gov

Dated this 26th day of April, 2018.

                                        *s/ Mark W. Schneider*
                                        Mark W. Schneider

NOTICE OF WITHDRAWAL OF JOINT
MOTION TO ENTER PROPOSED
CONSENT DECREE
(No. 2:18-cv-00567 JCC) –3

139594852.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000