THE HONORABLE JOHN C. COUGHENOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BOEING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendant. | CASE NO. 2:18-CV-00567-JCC<br><br>AMENDED NOTICE OF INTENT TO INTERVENE<br><br>NOTED ON MOTION CALENDAR:<br>APRIL 27, 2018 |

Yesterday, April 26, 2018, The Boeing Company (Boeing) and the United States filed a Notice of Withdrawal of Pending Joint Motion to Enter Proposed Consent Decree. Dkt #7. The City and other interested parties planned to file a Joint Motion to Intervene today because the proposed Consent Decree will impair our statutory rights to contribution from the United States. The City and the other parties are postponing their filing of a Motion to Intervene pending clarifications of "certain provisions" of the Decree, as stated in the Notice of Withdrawal. Dkt. #7. The City and other interested parties oppose entry of any Consent Decree that would impair

AMENDED NOTICE OF INTENT TO INTERVENE
CASE NO. 2:18-CV-00567-JCC
No. 1

**COASTLINE LAW GROUP, PLLC**
*4015 Ruston Way, Suite 200*
*Tacoma WA 98402*
*Tel: (253) 203-6226*

1  our contribution claims against the United States.  We respectfully ask the Court to refrain from

2  entering the Consent Decree initially proposed by Boeing and the United States.

3  DATED: April 27, 2018

BY: /s/ Margaret J. Lee
Margaret J. Lee, WSBA #39887
Attorney for the City of Seattle
COASTLINE LAW GROUP, PLLC
4015 Ruston Way, Suite 200
Tacoma, Washington 98402
Tel: 253-203-6226
mlee@coastlinelaw.com

AMENDED NOTICE OF INTENT TO INTERVENE
CASE NO. 2:18-CV-00567-JCC
No. 2

**COASTLINE LAW GROUP,** PLLC
4015 Ruston Way, Suite 200
Tacoma WA 98402
Tel:  (253) 203-6226

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, a true and correct copy of the foregoing document was served electronically and served on counsel of record by means of the Court's CM/ECF filing, which will send notification to the following:

Mark W. Schneider
Attorney for Plaintiff The Boeing Company
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: MWSchneider@perkinscoie.com

Amanda Shafer Berman
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: 202-514-1950
amanda.berman@usdoj.gov

Margaret J. Lee

AMENDED NOTICE OF INTENT TO INTERVENE
CASE NO. 2:18-CV-00567-JCC
No. 3

**COASTLINE LAW GROUP, PLLC**
4015 Ruston Way, Suite 200
Tacoma WA 98402
Tel: (253) 203-6226