UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOEING COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | CASE NO. C18-0567-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for filing a responsive pleading (Dkt. No. 14). Finding good cause, the Court GRANTS the motion (Dkt. No. 14.) Defendant shall respond to the complaint no later than September 14, 2018.

DATED this 13th day of July 2018.

            William M. McCool
            Clerk of Court

            s/Tomas Hernandez
            Deputy Clerk