THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE BOEING COMPANY,<br><br>      Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. C18-0567-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for filing a responsive pleading (Dkt. No. 16). This is the parties' second such motion—the first was approved by the Court on July 13, 2018. (Dkt. No. 15.) Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 16). Defendant shall respond to the complaint no later than October 15, 2018.

DATED this 12th day of September 2018.

                William M. McCool
                Clerk of Court

                s/Tomas Hernandez
                Deputy Clerk