THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOEING COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C18-0567-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for filing a responsive pleading (Dkt. No. 18). Finding good cause, the Court GRANTS the parties' motion (Dkt. No. 18). The United States shall respond to the complaint no later than November 15, 2018.

DATED this 15th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
