THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE BOEING COMPANY, | CASE NO. C18-0567-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for filing a responsive pleading (Dkt. No. 22). Finding good cause, the Court GRANTS the motion (Dkt. No. 22). Defendant shall respond to the complaint no later than December 3, 2018.

DATED this 16th day of November 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C18-0567-JCC
PAGE - 1